UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY EVERETT,

        Plaintiff,

                                            Case No. 15-cv-11087

v.

                                            HON. MARK A. GOLDSMITH

TED WAHBY, et al.,

        Defendants.
_____/

**ORDER (1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED OCTOBER 14, 2015 (Dkt. 29); AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS (Dkt. 22)**

      This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Anthony P. Patti, issued on October 14, 2015 (Dkt. 29). In the R&R, the Magistrate Judge recommends granting Defendants' motion to dismiss (Dkt. 22).

      The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 1078 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any

1

standard."). There is some authority that a district court is required to review the R&R for clear error, see Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error. On the face of the record, the Court finds no clear error and accepts the recommendation.

      Accordingly, the Court grants Defendants' motion to dismiss (Dkt. 22).

      SO ORDERED.

Dated:  November 3, 2015          s/Mark A. Goldsmith
      Detroit, Michigan          MARK A. GOLDSMITH
                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 3, 2015.

                       s/Karri Sandusky
                       Case Manager